UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br>          Plaintiff,<br>     v.<br>PELICAN BAY STATE PRISON,<br>          Defendant. | Case No. 20-06652 BLF (PR)<br>**JUDGMENT** |

The Court has dismissed the instant civil rights action for failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __March 15, 2021_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.20\06652Weaver_judgment